■ Vera Sims, Appellant, v Mary Ferraccio et al., Respondents. Mary Ferraccio, Plaintiff, v Dean Brucz, Defendant. [695 NYS2d 641] —Order unanimously reversed on the law without costs, motion denied and note of issue and statement of readiness reinstated. Memorandum: Supreme Court erred in granting the motion of defendants to compel Vera Sims (plaintiff) to provide the records of a doctor who had treated plaintiff many years prior to the accident that is the subject of this litigation. Plaintiff's note of issue and statement of readiness had been filed one year before the motion to compel. "[A]bsent special, unusual or extraordinary circumstances spelled out factually, the motion court lacks discretion to permit further discovery after the note of issue and statement of readiness have been filed" (*Gould v Marone*, 197 AD2d 862; *see, Melanson v Caggiano*, 251 AD2d 1059; *Laudico v Sears, Roebuck & Co.*, 125 AD2d 960). Defendants failed to establish any special, unusual or extraordinary circumstances. (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Discovery.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.

■ American States Insurance Company, Appellant, v Steven M. Paris et al., Respondents, et al., Defendant. [695 NYS2d 642] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied the motion of plaintiff insurer for summary judgment declaring that it has no obligation to defend or indemnify defendant Carl N. Reiss in the underlying personal injury action commenced against him by Steven M. Paris and Billie Jo Paris (defendants). The policy was limited to insurance for business conduct, and plaintiff met its initial burden by establishing that the construction of the residence was a nonbusiness venture for Reiss. Defendants came forward, however, with proof in admissible form that Reiss was constructing the residence through his business and had employed Steven Paris to work at the site, thereby raising an issue of fact (*see generally, Zuckerman v City of New York*, 49 NY2d 557, 562). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.